UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>HECTOR MANUEL RAMOS,<br><br>                    Defendants. | 03-CR-00724 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for judicial review, (dkt. no. 141).  The Government shall respond by April 30, 2025.  To the extent that Defendant wishes to reply, he shall do so no later than May 21, 2025.

**SO ORDERED.**

Dated:    New York, New York
           April 9, 2025

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge