

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2025

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *United States v. Hector Manuel Ramos*, No. 03 Cr. 724 (LAP)

Dear Judge Preska:

    The Government writes to respectfully request an extension *nunc pro tunc* of its time to respond to the defendant's motion for judicial review. Dkt. no. 141. The Government requests to respond to the motion by June 12, 2025.

    The Government is available to address any questions the Court may have.

The request is granted. The
Clerk of the Court shall close
dkt. no. 145. **SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

June 2, 2025
New York, New York

    Respectfully Submitted,

    JAY CLAYTON
    United States Attorney

    By:_____/s/_____
      Ryan B. Finkel
      Assistant United States Attorney
      (212) 637-6612

cc:    Hector Ramos, #52745-054, Federal Correctional Complex - Allenwood Medium, P.O. Box 2000, White Deer, PA 17887.