UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>HECTOR MANUEL RAMOS,<br><br>                Defendants. | 03-CR-724 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's response, (dkt. no. 147), to Defendant's motion for judicial review, (dkt. no. 141). To the extent that Defendant wishes to reply, he shall do so no later than June 30, 2025. The Clerk of the Court shall mail a copy of this order and dkt. no. 147 to Defendant.

**SO ORDERED.**

Dated:    New York, New York
           June 10, 2025

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge