UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>HECTOR MANUEL RAMOS,<br><br>                    Defendants. | 03-CR-724 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letters (dkt. nos. 149, 150).  Defendant shall file his reply no later than July 31, 2025.  The Clerk of the Court shall mail a copy of this order and dkt. no. 147 to Defendant as soon as possible.

**SO ORDERED.**

Dated:   New York, New York
        July 7, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge